An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSE CARMEN CHAVEZ,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63640

**FILED**

MAY 1 3 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER OF AFFIRMANCE*

This is an appeal from a judgment of conviction, pursuant to a jury verdict, of carrying a concealed firearm, assault with a deadly weapon, coercion with a deadly weapon, and battery with a deadly weapon. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

Appellant Jose Chavez argues that there was insufficient evidence to support his convictions. We disagree because the evidence, when viewed in the light most favorable to the State, is sufficient to establish guilt beyond a reasonable doubt as determined by a rational trier of fact. *See Jackson v. Virginia*, 443 U.S. 307, 319 (1979); *McNair v. State*, 108 Nev. 53, 56, 825 P.2d 571, 573 (1992).

Evidence was presented that Chavez had recently separated from his wife and believed that she was sleeping with other men. While staking out his wife's condo early in the morning, Chavez confronted the victim, who was taking a walk in the condo complex, and accused him of sleeping with his wife. Chavez grabbed the victim, pulled a gun from under his shirt, and forced the victim to walk up the stairs to Chavez's wife's condo. Chavez rang the doorbell repeatedly and yelled at his wife,

14-15452

but his wife did not open the door. Chavez then forced the victim down the stairs, hit him with the gun, and punched him. The victim ran away and called the police after Chavez dropped the gun. Chavez's own statements to the police indicated that he wished to scare the victim with the gun. Chavez did not have a concealed weapons permit. We conclude that the jury could reasonably infer from the evidence presented that Chavez was carrying a concealed weapon and used that weapon to commit assault, coercion, and battery. *See* NRS 202.350(1)(d)(3); NRS 200.471; NRS 207.190; NRS 200.481. The verdict will not be disturbed on appeal, where, as here, substantial evidence supports Chavez's convictions. *See Bolden v. State*, 97 Nev. 71, 73, 624 P.2d 20, 20 (1981). Therefore, we

ORDER the judgment of conviction AFFIRMED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:     Hon. Michael Villani, District Judge
        Clark County Public Defender
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk